IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV338

| | |
|---|---|
| DARRELL WAYNE BUCHANAN, and LOLA C. BUCHANAN, ) ) Plaintiffs, ) ) Vs. ) ) AVERY COUNTY; AVERY COUNTY SHERIFF'S DEPARTMENT; and EDDIE HUGHES, ) ) ) ) Defendants. ) | **J U D G M E N T** |

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' motion for summary judgment is **ALLOWED**, and this matter is hereby **DISMISSED** in its entirety.

Signed: July 31, 2006

Lacy H. Thornburg
United States District Judge